Argued January 25, reversed and remanded February 5, 1974

## STATE OF OREGON, *Appellant, v.*
## GEORGE G. HELMS, *Respondent.*

518 P2d 184

*Robert A. Lucas,* District Attorney, St. Helens, argued the cause and filed the brief for appellant.

*Robert P. VanNatta,* St. Helens, argued the cause for respondent. With him on the brief were VanNatta & Peterson, St. Helens.

Before Schwab, Chief Judge, and Fort and Tanzer, Judges.

PER CURIAM.

The only issue in this case is the sufficiency of the indictment. *See, State v. Andrews,* 16 Or App 144, 517 P2d 1062 (1974).

Reversed and remanded.